THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WIZIQ, INC.,<br><br>Defendant. | CASE NO. 4:21-cv-10694-TSH<br><br>PATENT CASE |

**PLAINTIFF'S REQUEST TO THE CLERK FOR ENTRY OF DEFAULT
AS TO DEFENDANT WIZIQ, INC.**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" and/or "RBDS") respectfully requests that the Clerk of the Court enter the default of Defendant WizIQ, Inc. ("Defendant" and/or "WizIQ). In support of this request, Plaintiff shows the following:

1. The clerk issued summonses to Defendant on April 28, 2021. On June 11, 2021, Defendant was served on the corresponding registered agent, and the proof of service was filed with the court on June 12, 2021 (Doc. 8).

2. Pursuant to Federal Rules of Civil Procedure 4(d) and 12 and the court's docket notice in Doc. 5, Defendant was required to answer or otherwise respond by July 2, 2021.

3. To date, Defendant has not filed an Answer to Plaintiff's Complaint, and no attorney has made an appearance on behalf of Defendant. No attorney has otherwise contacted Plaintiff or its attorneys to discuss an extension to respond to the Complaint.

Therefore, Plaintiff requests that the Clerk of the Court enter the default of Defendant for failure to file an Answer. A proposed entry of default of Defendant WizIQ, Inc. is included herewith for the Clerk's convenience.

Dated: August 16, 2021.	Respectfully submitted,
	Attorneys for Plaintiff
	Rothschild Broadcast Distribution Systems

	*/s/* Brendan M. Shortell
	Brendan M. Shortell (BBO# 675851)
	Lambert Shortell & Connaughton
	100 Franklin Street, Suite 903
	Boston, MA 02110
	Telephone: 617.720.0091
	Facsimile: 617.720.6307
	shortell@lambertpatentlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on August 16, 2021. Parties may access the foregoing through the Court's system. A copy was also mailed via Federal Express to:

WizIQ, Inc.
CORPORATION SERVICE COMPANY
c/o: Lynanne Gares
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


	/s/ Brendan M. Shortell
	Brendan M. Shortell (BBO# 675851)