THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>  v.<br>WIZIQ, INC.,<br><br>    Defendant. | CASE NO. 4:21-cv-10694-TSH<br><br>PATENT CASE |

## CLERK'S ENTRY OF DEFAULT AS TO WIZIQ, INC.

Plaintiff Rothschild Broadcast Distribution Systems, LLC has requested Entry of Default as to Defendant WizIQ, Inc. pursuant to Federal Rule of Civil Procedure 55(a). From the Proof of Service submitted in support of Plaintiff's Request, and the Court's record in this action, the Clerk finds that Defendant WizIQ, Inc. has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, the DEFAULT of Defendant WizIQ, Inc. is hereby entered.

                                          United States District Clerk of the Court
                                          District of Delaware


                                        By: _____
                                                 Deputy Clerk