# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>     **Plaintiff,**<br><br>     v.<br><br>**WIZIQ, INC.,**<br><br>     **Defendant.** | **CASE NO. 4:21-cv-10694-TSH** |

## DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)

**Hillman, D.J.**

Defendant WizIQ, Inc. having failed to plead or otherwise defend in this action and its default having been entered;

Now, upon application of Plaintiff Rothschild Broadcast Distribution Systems, LLC and affidavits demonstrating damages, and that Defendant is not an infant or incompetent person or in the military service of the United States;

It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff recover from Defendant WizIQ, Inc. a total judgment of $20,000.000.

Dated:  _3/10/22_

By the Court,

/s/ Martin Castles
Deputy Clerk

1